

ORIGINAL

Chad S. Campbell (SBN 258723)
Perkins Coie Brown & Bain P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
CSCampbell@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Lauren Sliger (SBN 213880)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Lsliger@perkinscoie.com
Telephone: 310.788.9900
Facsimile: 310.788.3399

Farschad Farzan (SBN 215194)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
FFarzan@perkinscoie.com
Telephone: 415.344-7000
Facsimile: 415.344-7050

*Attorneys for Microsoft Corporation*

FILED
JAN 19 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RS PVT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff,<br>v.<br>TIVO INC.,<br>Defendant. | Case No. C 10 0240<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

For its Complaint against Defendant TiVo Inc. ("Defendant" or "TiVo"), Plaintiff Microsoft Corporation ("Microsoft") alleges as follows:



Dockets.Justia.com

**Jurisdiction and Venue**

1. This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. § 1, et seq. The Court has subject matter jurisdiction over the claims pleaded herein under 28 U.S.C. §§ 1331 and 1338(a).

2. The Court has personal jurisdiction over Defendant TiVo because Defendant does business in this District, maintains its corporate headquarters and principal place of business in this District, and has committed acts of infringement in this District.

3. Under 28 U.S.C. §§ 1391 and 1400(b), venue is proper in this District because Defendant is subject to personal jurisdiction in this District, has sold, offered to sell and/or imported products and services at issue in and into this District and has committed acts of infringement in this District.

**The Parties**

4. Microsoft is a corporation organized under the laws of the State of Washington, with its principal place of business in Redmond, Washington and a place of business in this District in Mountain View, California. Microsoft is a long-time leader in the development and innovation of software technologies, including technologies for digital home entertainment.

5. Microsoft is informed and believes that: Defendant TiVo is a Delaware corporation that maintains its principal place of business and corporate headquarters in this District in Alviso, California. Defendant offers for sale, sells, distributes and imports products and services in and into the United States for use in audio-video home entertainment systems. Such products and services include set-top boxes known as digital video recorders or "DVRs," and subscription services provided through network connections between such set-top boxes and computer servers. Defendant's subscriber base includes approximately 2.7 million households. Defendant further licenses and provides software for use in set-top boxes and servers that are used, sold and/or distributed by or through media content providers. Defendant's set-top box products and subscription services permit users to obtain, control and watch television, videos, movies, pictures and other content from cable, broadcast, broadband, satellite and/or other sources.

**Count 1:**
**Claim for Relief from Infringement of U.S. Patent No. 6,008,803**

6. Microsoft incorporates by this reference the allegations set out in paragraphs 1-5 above.

7. Microsoft is the owner of the entire right, title and interest in and to U.S. Patent No. 6,008,803 (the "'803 patent"), entitled "System for Displaying Programming Information." A copy of the '803 patent is attached as Exhibit A hereto.

8. Microsoft is informed and believes that: Defendant has infringed the '803 patent by using, offering for sale, selling, and/or importing products, systems and/or processes in or into the United States, and within the scope of one or more claims of the '803 patent, without license or authority. Such infringing products, systems and/or services include (without limitation) Defendant's set-top box products, subscription services and software.

9. Microsoft is informed and believes that: Defendant has contributorily infringed the '803 patent by using, offering for sale, selling, and/or importing products or components of products that constitute a material part of the invention(s) claimed in the '803 patent, without license or authority, knowing that such products and/or components are especially made or especially adapted for use in practicing the invention(s) claimed in the '803 patent and not staple articles or commodities of commerce suitable for substantial noninfringing uses. Such products or components include (without limitation) those associated with Defendant's set-top box products and subscription service.

10. Microsoft is informed and believes that: Defendant has infringed the '803 patent by supplying or causing to be supplied in or from the United States, without license or authority, components or products that are combined and/or used outside the United States in a manner that falls within the scope of one or more claims of the '803 patent. Such products or components include (without limitation) those associated with Defendant's set-top box products and subscription service.

11. Defendant's infringement and contributory infringement of the '803 patent is ongoing. Unless enjoined, Defendant will continue to infringe the '803 patent, and Microsoft will suffer irreparable injury as a direct and proximate result of Defendant's conduct.

12. Microsoft has been damaged by Defendant's conduct, and until an injunction issues, will continue to be damaged in an amount yet to be determined.

**Count 2:**
**Claim for Relief from Infringement of U.S. Patent No. 6,055,314**

13. Microsoft incorporates by this reference the allegations set out in paragraphs 1-12 above.

14. Microsoft is the owner of the entire right, title and interest in and to U.S. Patent No. 6,055,314 (the "'314 patent"), entitled "System and Method for Secure Purchase and Delivery of Video Content Programs." A copy of the '314 patent is attached as Exhibit B hereto.

15. Microsoft is informed and believes that: Defendant has infringed the '314 patent by using, offering for sale, selling, and/or importing products, systems and/or processes in or into the United States, and within the scope of one or more claims of the '314 patent, without license or authority. Such infringing products, systems and/or services include (without limitation) Defendant's set-top box products, subscription services and software.

16. Microsoft is informed and believes that: Defendant has contributorily infringed the '314 patent by using, offering for sale, selling, and/or importing products or components of products that constitute a material part of the invention(s) claimed in the '314 patent, without license or authority, knowing that such products and/or components are especially made or especially adapted for use in practicing the invention(s) claimed in the '314 patent and not staple articles or commodities of commerce suitable for substantial noninfringing uses. Such products or components include (without limitation) those associated with Defendant's set-top box products and subscription service.

17. Microsoft is informed and believes that: Defendant has infringed the '314 patent by supplying or causing to be supplied in or from the United States, without license or authority, components or products that are combined and/or used outside the United States in a manner that

falls within the scope of one or more claims of the '314 patent. Such products or components include (without limitation) those associated with Defendant's set-top box products and subscription service.

18. Defendant's infringement and contributory infringement of the '314 patent is ongoing. Unless enjoined, Defendant will continue to infringe the '314 patent, and Microsoft will suffer irreparable injury as a direct and proximate result of Defendant's conduct.

19. Microsoft has been damaged by Defendant's conduct, and until an injunction issues, will continue to be damaged in an amount yet to be determined.

**Requested Relief**

Microsoft requests the entry of judgment that:

a. The '803 and '314 patents are valid and enforceable;

b. Defendant is liable for infringement of the '803 and '314 patents;

c. Defendant and all affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting in concert with, or for or on behalf of, Defendant shall be enjoined from direct or indirect infringement of the '803 and '314 patents;

d. Defendant shall pay damages to Microsoft;

e. This action be determined to be an exceptional case and Microsoft be awarded its attorney's fees, costs and expenses; and

f. Microsoft be awarded such further relief as the Court deems appropriate.

**Demand for Jury Trial**

Microsoft demands a trial by jury of all issues that are triable to a jury.

DATED: January 19, 2010

Respectfully submitted,

**PERKINS COIE BROWN & BAIN P.A.**
**PERKINS COIE LLP**

By: /s/ Chad S. Campbell /FF

Chad S. Campbell (SBN 258723)
Lauren Sliger (SBN 213880)
Farschad Farzan (SBN 215194)

*Attorneys for Microsoft Corporation*

17554049.2