*E-Filed 03/18/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>TIVO INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 5:10-cv-00240-RS<br><br>[PROPOSED] ORDER RE: STIPULATION TO ADJUST CASE MANAGEMENT DATES<br><br>(First Request re CMC Date; Second Request re Deadline for Responding to Complaint) |

Having reviewed the foregoing stipulations of the parties, the Court finds good cause to adopt and approve them. Accordingly, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

　　1.　　The initial case management conference in this matter is now set for April 29, 2010 at 10:00 am;

　　2.　　The deadline for TiVo Inc. to respond to the complaint is now set for April 19, 2010.

Date: March 18, 2010　　　　　　　　　　　　　/s/ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

41826-0011/LEGAL17926079.1　　　　　　　　　　　　　　　　　　　　　　10-cv-0240-RS (PVT)

[Proposed] Order re Stipulation to Adjust Case Management Dates