UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | Case No.: C 10-0240 RS (PVT) |
| Plaintiff, | ) ) | **INTERIM ORDER RE PARTIES' PROPOSED FORM OF STIPULATED** |
| v. | ) ) | **PROTECTIVE ORDER** |
| TIVO, INC., | ) ) | **(Re: Docket No. 26)** |
| Defendant. | ) ) | |

Currently pending before the court is the parties' Stipulation for Protective Order.[1] Based on the parties proposed form of order,

IT IS HEREBY ORDERED that, no later than July 9, 2010, the parties shall submit a revised form of protective order based on this court's model form of "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade Secrets," copies of which are available in the Forms section of the court's website (www.cand.uscourts.gov). As drafted, the parties' current proposed form of order contains numerous provisions that are unacceptable to the court. If the parties wish to deviate from the model form of order, they shall submit a joint brief setting forth each portion of alternate language they wish to use, and explaining

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

why the alternate language is reasonably necessary for this case.

Dated: *6/15/10*

　　　　　　　　　　　　　　　　　　　　／s／ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge