UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>  Plaintiff,<br>v.<br><br>TIVO INC., a Delaware corporation,<br><br>  Defendant,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:10-cv-00240-LHK (PVT)<br><br>[~~PROPOSED~~] ORDER TO ADJUST THE DEADLINE TO COMPLETE MEDIATION AND THE POST-MEDIATION CMC<br><br>(First request to adjust mediation and post-mediation CMC deadlines) |

Having reviewed the foregoing stipulation of the parties, the Court finds good cause to adopt and approve it. Accordingly, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for the parties to complete mediation is now March 9, 2011; and

2. The post-mediation case management conference is now set for Wednesday, ~~March 16, 2011 at 2 p.m.~~  March 30, 2011 at 2 p.m.

Date: December 17, 2010

*Lucy H. Koh*
United States District Judge

41826-0011/LEGAL19788299.1                            -1-                            10-cv-0240-LHK (PVT)

[~~Proposed~~] Order re Stipulation to Adjust Deadline to Complete Mediation and the Post-Mediation CMC