| | |
|---|---|
| Chad S. Campbell (SBN 258723)<br>cscampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>Telephone:  (602) 351-8000<br>Facsimile:  (602) 648-7000<br><br>Lauren Sliger (SBN 213880)<br>lsliger@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone:  (310) 788-3245<br>Facsimile:  (310) 788-3399<br><br>Christopher Kao (SBN 237716)<br>ckao@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff Microsoft Corporation* | Morgan Chu (70446)<br>Joseph M. Lipner (155735)<br>Samuel K. Lu (171969)<br>Adam S. Goldberg (250172)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:  (310) 277-1010<br>Facsimile:  (310) 203-7199<br>E-mail: mchu@irell.com<br>E-mail: jlipner@irell.com<br>E-mail: slu@irell.com<br>E-mail: agoldberg@irell.com<br><br>*Attorneys for Defendant TiVo Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>TIVO INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:10-cv-00240-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY CLAIM CONSTRUCTION BRIEFS** |

1  Through their respective counsel, Microsoft Corporation and TiVo Inc. stipulate as
2  follows:

3  1. Due to the varying schedules of the parties and their counsel, the parties
4  respectfully request an adjustment to the due dates for the Responsive Claim Construction Brief
5  and the Reply Claim Construction Brief with respect to the asserted Microsoft patents.  The
6  proposed adjustment is:

| Deadline | Previous Date | Proposed Date |
| --- | --- | --- |
| Responsive Claim Construction Brief | March 3, 2011 | March 10, 2011 |
| Reply Claim Construction Brief | March 10, 2011 | March 24, 2011 |

2. The parties disclose that the prior time modifications in this case were (1) a joint stipulation giving TiVo a 30-day extension of time to answer, plead, or otherwise respond to Microsoft's complaint (D.I. 10; D.I. 11); and (2) a joint stipulation adjusting the Court's Case Management Scheduling Order (D.I. 34; D.I. 36).

3. The parties do not anticipate that the requested adjustment to the above dates will have any effect on the other scheduled dates in the case, including the dates scheduled for the tutorial and claim construction hearing regarding the asserted Microsoft patents.

1  DATED:  February 23, 2011                    Respectfully submitted,

2                                                               PERKINS COIE LLP

3

4                                                               By: /s/ Lauren Sliger
                                                                    Chad S. Campbell
5                                                                   Lauren Sliger
                                                                    Christopher Kao
6
                                                               *Attorneys for Plaintiff Microsoft Corporation*
7

8  DATED:  February 23, 2011                     IRELL & MANELLA LLP

9

10                                                              By:  /s/ Adam S. Goldberg
                                                                    Morgan Chu
11                                                                  Joseph M. Lipner
                                                                    Samuel K. Lu
12                                                                  Adam S. Goldberg

13                                                              *Attorneys for Defendant TiVo Inc.*

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

15  Date: February   23   , 2011                    _____
                                                     Hon. Lucy H. Koh
16                                                   United Sates District Judge

17

18

19

20

21

22

23

24

25

26

27

28

41826-0011/LEGAL20267443.1            -2-                      10-cv-0240-LHK (PSG)

JOINT STIPULATION TO EXTEND TIME TO REPLY TO CLAIM CONSTRUCTION BRIEFS