1  Chad S. Campbell (SBN 258723)          Morgan Chu (SBN 70446)
   CSCampbell@perkinscoie.com             Joseph M. Lipner (155735)
2  PERKINS COIE LLP                       Andrei Iancu (SBN 184973)
   2901 North Central Avenue, Suite 2000  Samuel K. Lu (SBN 171969)
3  Phoenix, AZ  85012-2788                Azar Mouzari (SBN 263461)
   Telephone:  (602) 351-8000             1800 Avenue of the Stars, Suite 900
4  Facsimile:  (602) 648-7000             Los Angeles, California 90067-4276
                                          Telephone: (310) 277-1010
5  Lauren Sliger (SBN 213880)             Facsimile: (310) 203-7199
   LSliger@perkinscoie.com                E-mail: mchu@irell.com
6  PERKINS COIE LLP                       E-mail: jlipner@irell.com
   1888 Century Park East, Suite 1700     E-mail: aiancu@irell.com
7  Los Angeles, CA  90067-1721            Email: slu@irell.com
   Telephone:  (310) 788-3245             Email: amouzari@irell.com
8  Facsimile:  (310) 788-3399

                                          *Attorneys for Defendant TiVo Inc.*
9  Christopher Kao (SBN 237716)
   CKao@perkinscoie.com
10 PERKINS COIE LLP
   3150 Porter Drive
11 Palo Alto, CA  94304-1212
   Telephone:  (650) 838-4300
12 Facsimile:  (650) 838-4350

*Attorneys for Plaintiff Microsoft Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>       Plaintiff<br><br>    v.<br><br>TIVO INC.,<br>       Defendant.<br><br>TIVO INC.,<br>       Counterclaim Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br>       Counterclaim Defendant. | Case No. 5:10−cv−00240−LHK<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE HEARING DATE FOR TIVO'S MOTION TO STAY PENDING REEXAMINATION |

1    Pursuant to Civil Local Rule 7-12, TiVo Inc. ("TiVo") and Microsoft Corporation

2  ("Microsoft") stipulate, through their respective counsel, as follows:

3    WHEREAS, the hearing for TiVo's Motion to Stay Pending Reexamination (Dkt. No. 78)

4  is currently scheduled for April 28, 2011, at 1:30 pm;

5    WHEREAS, a scheduling conflict has arisen for TiVo's counsel on that date;

6    WHEREAS, the parties disclose that the prior time modifications in this case were (1) a

7  joint stipulation giving TiVo a 30-day extension of time to answer, plead, or otherwise respond to

8  Microsoft's complaint (Dkt. Nos. 10 and 11); (2) a joint stipulation adjusting the Court's Case

9  Management Scheduling Order (Dkt. Nos. 34 and 36); and (3) a joint stipulation adjusting the due

10 dates for the Responsive Claim Construction Brief and the Reply Claim Construction Brief with

11 respect to the asserted Microsoft patents (Dkt. Nos. 74 and 75);

12   WHEREAS, the parties do not anticipate that the requested adjustment to the hearing date

13 will have any effect on the other scheduled dates in the case.

14   ACCORDINGLY, the parties respectfully request that the Court reschedule the hearing for

15 TiVo's Motion to Stay Pending Reexamination (Dkt. No. 78) to April 29, 2011, at 2:30 pm.

17 Dated:  April 13, 2011                                  Respectfully submitted,

18                                                         IRELL & MANELLA LLP
                                                           Attorneys for Defendant
19                                                         TiVo Inc.

20                                                         By: /s/ *Azar Mouzari*
                                                                Azar Mouzari

21
                                                           PERKINS COIE LLP
22                                                         Attorneys for Plaintiff
                                                           Microsoft Corporation
23
                                                           By: /s/ *Lauren Sliger*
24                                                              Lauren Sliger

25
   **PURSUANT TO STIPULATION, IT IS SO ORDERED**
26
   Date: April 14, 2011                                    _____*Lucy H. Koh*_____
27                                                         Hon. Lucy Koh
                                                           United States District Judge
28

STIPULATION TO MODIFY THE HEARING DATE FOR
TIVO'S MOTION TO STAY PENDING REEXAMINATION          - 2 -
Case No. 5:10-CV-00240-LHK