# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TIVO INC.,<br><br>    Defendant.<br><br>TIVO INC.,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Counterclaim Defendant. | Case No. 5:10-cv-00240-LHK<br><br>**[PROPOSED]** ORDER GRANTING TIVO INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER *MICROSOFT CORP. V. TIVO INC.* (CASE NO. 5:11-CV-02896-HRL) SHOULD BE RELATED TO THE CURRENT CASE [CIVIL L.R. 3-12] |

Based upon the Court's consideration of Defendant TiVo Inc.'s Administrative Motion to Consider Whether *Microsoft Corp. v. TiVo Inc.* (Case No. 5:11-cv-02896-HRL) Should be Related to the Current Case, and briefing of all the parties and all supporting submissions thereon, it is the opinion of the Court that the motion should be GRANTED. Accordingly, the Court finds that *Microsoft Corp. v. TiVo Inc.* (Case No. 5:11-cv-02896-HRL) is related to the above captioned case within the meaning of Civil L.R. 3-12(a). Accordingly, the Clerk shall reassign Case No. 5:11-cv-02896-HRL to this Court and shall notify the parties and the Honorable Howard R. Lloyd, as required by Civil L.R. 3-12(f)(3).

IT IS SO ORDERED.

Dated: August 3, 2011          By: *Lucy H. Koh*

[Proposed] Order Granting TiVo Inc.'s Administrative Motion to Consider Whether *Microsoft Corp. v. TiVo Inc.* (Case No. 5:11-CV-02896-HRL) Should be Related to the Current Case [Civil L.R. 3-12]

1                                                The Honorable Lucy H. Koh
2                                                United States District Court Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting TiVo Inc.'s Administrative Motion to Consider Whether *Microsoft Corp. v. TiVo Inc.* (Case No. 5:11-CV-02896-HRL) Should be Related to the Current Case [Civil L.R. 3-12]

- 2 -