1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TIVO INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:10-cv-00240-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET ITEM NO. 107** |

1  Having considered the foregoing Motion to Remove Incorrectly Filed Document: Docket
2  Item No. 107 in the above-entitled action, the motion is GRANTED.
3  **IT IS SO ORDERED**
4
5  DATED: November _4_, 2011          By: *Lucy H. Koh*
                                          The Honorable Lucy H. Koh
6                                         United States District Court Judge