| | |
|---|---|
| IRELL & MANELLA LLP<br>Winston Liaw (273899)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: wliaw@irell.com<br>Attorney for Defendant and Counterclaim Plaintiff TiVo Inc. | PERKINS COIE LLP<br>Lauren Sliger<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: (310) 788-3245<br>Facsimile: (310) 788-3399<br>Email: LSliger@perkinscoie.com<br>Attorney for Plaintiff and Counterclaim Defendant Microsoft Corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICROSOFT CORPORATION,

      Plaintiff

    v.

TIVO INC.,

      Defendant.

TIVO INC.,

      Counterclaim Plaintiff,

    v.

MICROSOFT CORPORATION,

      Counterclaim Defendant.

Case No. 5:10−CV−00240−LHK

**JOINT STIPULATION TO PERMIT ADAM GOLDBERG AND AZAR MOUZARI TO WITHDRAW AS COUNSEL**

**JURY TRIAL DEMANDED**

1  The parties stipulate and respectfully request that the Court enter an order permit Adam
2  Goldberg and Azar Mouzari to withdraw as counsel for TiVo, as they are no longer employed at
3  Irell & Manella LLP.  All other attorneys involved in the case from Irell & Manella LLP continue
4  to represent TiVo Inc.

Respectfully submitted,

Dated: August 10, 2011                **IRELL & MANELLA LLP**

By: /s/ Winston Liaw
         Winston Liaw

Dated: August 10, 2011                **PERKINS COIE LLP**

By: /s/ Lauren Sliger
         Lauren Sliger

JOINT STIPULATION TO PERMIT ADAM GOLDBERG
AND AZAR MOUZARI TO WITHDRAW AS COUNSEL
Case No. 5:10−CV−00240−LHK

2231530

- 2 -

**ORDER**

Based on the foregoing stipulation, the Court hereby ORDERS that Adam Goldberg and Azar Mouzari have withdrawn as counsel for Defendant and Counterclaim Plaintiff TiVo Inc. in this action.

Dated: November 22, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE