PERKINS COIE LLP
Chad S. Campbell (SBN 258723)
CSCampbell@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
Facsimile:  (602) 648-7000

Attorneys for Plaintiff Microsoft Corporation

IRELL & MANELLA LLP
Andrei Iancu (SBN 184973)
aiancu@irell.com
Samuel Lu (SBN 171969)
slu@irell.com
Joseph Lipner (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendant TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>           Plaintiff,<br><br>      vs.<br><br>TIVO INC.,<br><br>           Defendant. | Case No. 5:10-CV-00240-LHK<br><br>JOINT STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS |
| TIVO INC.,<br><br>           Counterclaim Plaintiff,<br>      v.<br><br>MICROSOFT CORPORATION,<br><br>           Counterclaim Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

1  Microsoft Corporation ("Microsoft") and TiVo Inc. ("TiVo") (collectively, the "Parties"),
2  by and through their respective counsel of record, hereby stipulate and agree as follows:
3  This Stipulation of Dismissal is made pursuant to Rule 41 of the Federal Rules of Civil
4  Procedure and agreements between the Parties.
5  WHEREAS, Microsoft filed the above-captioned action (the "Action") asserting claims
6  against TiVo for alleged infringement of U.S. Patent Nos. 6,008,803, 6,055,314, 5,654,748,
7  5,677,708, 5,896,444, 6,725,281, and 5,648,824 (the "Microsoft Patents-In-Suit");
8  WHEREAS, TiVo filed counterclaims in the Action for declaratory judgments of
9  invalidity and non-infringement of each of the Microsoft Patents-In-Suit, as well as for alleged
10 infringement of U.S. Patent No. 6,792,195;
11 WHEREAS, the Parties have agreed that they will dismiss without prejudice all of their
12 claims and counterclaims in the Action.
13 In light of the foregoing, IT IS HEREBY STIPULATED THAT:
14 1.  All of Microsoft's claims asserted against TiVo in the Action are dismissed without
15 prejudice.

**[Remainder of page intentionally left blank]**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1  2. All of TiVo's claims and counterclaims asserted against Microsoft in the Action are
2  dismissed without prejudice.
3  3. The Parties shall each bear their own costs and attorneys' fees in the Action.
4  4. The Clerk shall close the file.
5  IT IS SO STIPULATED AND AGREED.

6  Dated: March 21, 2012                    IRELL & MANELLA LLP
7                                           By: /s/ Joseph Lipner
                                             Joseph Lipner
8                                            Attorneys for Defendant TiVo Inc.

9  Dated: March 21, 2012                    PERKINS COIE LLP
10
11                                           By: /s/ Chad Campbell
                                             Chad Campbell
12                                           Attorneys for Plaintiff Microsoft Corporation
13
14  PURSUANT TO STIPULATION, IT IS SO ORDERED
15
16  Dated: March 22, 2012                   By: Lucy H. Koh
                                             The Honorable Lucy H. Koh
17                                           United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -